1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
2 | ALEX G. TSE (CABN 152348)
Assistant United States Attorney
3 | Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
4 | Assistant United States Attorney
150 Almaden Boulevard, Suite 900
5 | San Jose, California 95113
Telephone: (408) 535-5087
6 | Facsimile: (408) 535-5081
Email:  michael.t.pyle@usdoj.gov

Attorney for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN HEMMERT et al., ) | CASE NO. 15-4904 WHO |
| Plaintiffs, ) | STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSE TO FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE IN LIGHT OF AGREEMENT TO MEDIATE CASE |
| v. ) | |
| DAVID FINN et al., ) | |
| Defendants. ) | Hon. William H. Orrick |

**RECITAL**

Whereas Plaintiffs Sven Hemmert and Sue-Ellen Speight (collectively, "Plaintiffs") filed their First Amended Complaint on December 14, 2015 against the United States of America ("the United States") and the David and Amy Finn (collectively, "Finn Defendants"), and the current date for the United States and Finn Defendants to answer, move or respond to the First Amended Complaint is January 11, 2016;

Whereas the Court has set an initial Case Management Conference for January 26, 2016 with a Joint Case Management Conference Statement due on or before January 19, 2016;

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO     1

1    Whereas Plaintiffs, the United States, and Finn Defendants have agreed to mediate this case with Michael G. Ornstil of JAMS and are currently working to schedule the mediation for one of Mr. Ornsti's available dates in February;

4    Whereas Plaintiffs, the United States, and Finn Defendants desire to mediate this case in good faith attempt resolve the entire case or part of the case if the entire case cannot be resolved; and

6    Whereas Plaintiffs, the United States, and Finn Defendants desire to conserve some resources and focus their resources on resolving the case rather than litigation until the mediation can be completed,

9    In full consideration and exchange, the parties agree and stipulate as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the parties shall mediate the case with Michael Ornstil of JAMS on a mutually convenient date in February 2016.  The United States and Finn Defendants shall have until March 18, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint.  The Case Management Conference shall be continued to March 29, 2016, with a Joint Case Management Conference Statement filed on or before March 22, 2016.

**IT IS SO STIPULATED**,

Dated: January 7, 2016                     WEISBERG & MILLER


                                                      /s/ William S. Weisberg
                                           By: _____
                                                     Craig S. Miller
                                                     William S. Weisberg
                                           Attorneys for Plaintiffs,
                                           SVEN HEMMERT and SUE-ELLEN SPEIGHT

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES
*Hemmert et. al. v.  Finn, et al.,* 15-4904 WHO    2

| | |
|---|---|
| Dated:   January 7, 2016 | BRIAN J. STRETCH<br>Acting United States Attorney |
| | By:  /s/ Michael T. Pyle*** |
| | MICHAEL T. PYLE<br>Assistant United States Attorney<br>Attorneys for Defendant United States of America |
| | *** I have been authorized to place electronic signatures on this document for other counsel and to file this document. |
| Dated: January 7, 2016 | LAW OFFICES OF JOHN A. BIARD |
| | By:  /s/ David J. DeMordaunt<br>David J. DeMordaunt<br>Attorneys for Defendants,<br>DAVID FINN and AMY FINN |

**PURUSANT TO STIPULATION, IT IS SO ORDERED**.

The parties shall mediate the case on or before February 29, 2016 with their selected private mediator, Michael G. Ornstil of JAMS.  The United States and Finn Defendants shall have until March 11, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint.  The Case Management Conference Statement scheduled for January 26, 2016 shall be continued to March 29, 2016 at 2:00 p.m.  The parties shall file a Joint Case Management Conference Statement on or before March 22, 2016.

DATED: January 11, 2016

Hon. William H. Orrick
United States District Judge

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES
*Hemmert et. al. v.  Finn, et al.,* 15-4904 WHO     3