BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
ALEX G. TSE (CABN 152348)
Assistant United States Attorney
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorney for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN HEMMERT et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID FINN et al., <br><br> Defendants. | CASE NO. 15-4904 WHO <br><br> STIPULATION AND ORDER TO CONTINUE DEADLINE FOR UNITED STATES OF AMERICA TO RESPOND TO FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE DATE <br><br> Hon. William H. Orrick |

**RECITAL**

Whereas Plaintiffs Sven Hemmert and Sue-Ellen Speight (collectively, "Plaintiffs") filed their First Amended Complaint on December 14, 2015 against the United States of America ("the United States") and the David and Amy Finn (collectively, "Finn Defendants");

Whereas the Court previously approved the parties' stipulation to Continue the Deadline for Responses to First Amended Complaint and Case Management Conference in Light of Agreement to Mediate Case in Docket No. 23;

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    1

1    Whereas Plaintiffs, the United States, and Finn Defendants mediated this case with Michael G. Ornstil of JAMS on February 11, 2016, but did not resolve the case in that initial mediation session;

2    Whereas the Finn Defendants filed an answer and third-party complaint on March 11, 2016 naming a new party, Terence Talen, who owns property uphill to the property of the United States, Finn Defendants and Plaintiffs;

3    Whereas Mr. Talen would have at least 21 days following service of a complaint and summons to respond to the third-party complaint;

4    Whereas the parties do not think a Case Management Conference without the participation of Mr. Talen or his counsel would be productive and believe the Conference should be continued so that all parties can participate;

5    Whereas the mediation with Mr. Ornstil is not concluded and the current parties to the suit will seek to hold a further mediation session with Mr. Talen in the next 30 to 60 days;

6    Whereas the United States is prepared to file a motion to dismiss the claims against it but Plaintiffs and the United States desire to continue discussing the potential for the resolution of some or all of the claims in this case rather than engaging in motion practice at this time;

7    Whereas the United States and Plaintiffs want to continue these discussions over the next 60 days, including assistance from the mediator, and have agreed that the United States should have until May 27, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint, and

8    Whereas the parties agree that the Case Management Conference should be continued to May 3, 2016 from the current date of March 29, 2016.

In full consideration and exchange, the parties agree and stipulate as follows:

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the United States shall have until May 27, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint and the Case Management Conference shall be continued from March 29, 2016 to May 3, 2016 so that the newly named third-party defendant can participate in the Conference.

**IT IS SO STIPULATED**,

Dated: March 16, 2016                WEISBERG & MILLER


By: _____/s/ William S. Weisberg_____
    Craig S. Miller
    William S. Weisberg
Attorneys for Plaintiffs,
SVEN HEMMERT and SUE-ELLEN SPEIGHT


Dated:  March 16, 2016                BRIAN J. STRETCH
                                               Acting United States Attorney


By: /s/ Michael T. Pyle***
_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant United States of America

*** I have been authorized to place electronic signatures on this document for other counsel and to file this document.


Dated: March 16, 2016                LAW OFFICES OF JOHN A. BIARD


By: _____/s/ David J. DeMordaunt_____
    David J. DeMordaunt
Attorneys for Defendants,
DAVID FINN and AMY FINN

**PURUSANT TO STIPULATION, IT IS SO ORDERED**.

The United States shall have until April 27, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint.  The Case Management Conference is continued from March 29, 2016 to May 3, 2016.  The parties shall file a Joint Case Management Statement no less than 7 days prior to the Conference.

DATED: March 17, 2016
_____
                                                   Hon. William H. Orrick
                                                   United States District Judge