1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   FAX: (408) 535-5081
6  E-mail: michael.t.pyle@usdoj.gov

7  Attorney for Federal Defendant
   United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN HEMMERT et al., | CASE NO. 15-4904 WHO |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE DEADLINE FOR UNITED STATES OF AMERICA TO RESPOND TO FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE DATE |
| v. | |
| DAVID FINN et al., | |
| Defendants. | Hon. William H. Orrick |

## **RECITAL**

Whereas Plaintiffs Sven Hemmert and Sue-Ellen Speight (collectively, "Plaintiffs") filed their First Amended Complaint on December 14, 2015 against the United States of America ("the United States") and the David and Amy Finn (collectively, "Finn Defendants");

Whereas the Court previously approved the parties' stipulation to Continue the Deadline for Responses to First Amended Complaint and Case Management Conference in Light of Agreement to Mediate Case in Docket No. 23 and approved another stipulation in Docket No.33;

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    1

1   Whereas Plaintiffs, the United States, and Finn Defendants mediated this case with Michael G. Ornstil of JAMS on February 11, 2016, but did not resolve the case in that initial mediation session;

2   Whereas the Finn Defendants filed an answer and third-party complaint on March 11, 2016 naming a new party, Terence Talen, who owns property uphill to the property of the United States, Finn Defendants and Plaintiffs;

3   Whereas Mr. Talen would have at least 21 days following service of a complaint and summons to respond to the third-party complaint;

4   Whereas the Finn Defendants have not yet served the third-party complaint because of the Finn Defendants' counsel's desire to meet with Mr. Talen before serving the document;

5   Whereas the parties do not think a Case Management Conference without the participation of Mr. Talen or his counsel would be productive and believe the Conference should be continued so that all parties can participate;

6   Whereas the mediation with Mr. Ornstil is not concluded and the current parties to the suit will seek to hold a further mediation session with Mr. Talen in the next 30 to 60 days;

7   Whereas the mediator, Mr. Ornstil, has facilitated recent discussions with certain of the parties and has expressed his view that further discussions among the parties would be productive and should be pursued;

8   Whereas discussions about resolving this matter involves discussions of various plans that require input from expert consultants and others that is time consuming;

9   Whereas the United States is prepared to file a motion to dismiss the claims against it but Plaintiffs and the United States desire to continue discussing the potential for the resolution of some or all of the claims in this case rather than engaging in motion practice at this time;

10  Whereas the United States and Plaintiffs want to continue these discussions over the next 60 days, including assistance from the mediator, and have agreed that the United States should have until June 17, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint, and

11  Whereas the parties agree that the Case Management Conference should be continued from May 3, 2016 to June 21, 2016; and,

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    2

Whereas the Finn Defendants agree to use their best efforts to serve their third-party complaint on the newly named third-party defendant on or before May 6, 2016 so that that party can participate in the continued CMC and in mediation efforts.

In full consideration and exchange, the parties agree and stipulate as follows:

### **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the United States shall have until June 17, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint and the Case Management Conference shall be continued from May 3, 2016 to June 21, 2016 so that the newly named third-party defendant can participate in the Conference. The Finn Defendants shall serve the third-party complaint on the newly named third-party defendant on or before May 6, 2016.

**IT IS SO STIPULATED**,

Dated: April 21, 2016                    WEISBERG & MILLER

By: /s/ William S. Weisberg
Craig S. Miller
William S. Weisberg
Attorneys for Plaintiffs,
SVEN HEMMERT and SUE-ELLEN SPEIGHT

Dated:  April 21, 2016                    BRIAN J. STRETCH
United States Attorney

By: /s/ Michael T. Pyle***

MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant United States of America

*** I have been authorized to place electronic signatures on this document for other counsel and to file this document.

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v.  Finn, et al.,* 15-4904 WHO     3

Dated: April 21, 2016         LAW OFFICES OF JOHN A. BIARD

By: /s/ David J. DeMordaunt
    David J. DeMordaunt
    Attorneys for Defendants,
    DAVID FINN and AMY FINN

**PURUSANT TO STIPULATION, IT IS SO ORDERED**.

    The United States shall have until June 17, 2016 to answer, move or respond to Plaintiffs' First Amended Complaint. The Case Management Conference is continued from May 3, 2016 to June 21, 2016. The parties shall file a Joint Case Management Statement no less than 7 days prior to the Conference. The Finn Defendants shall serve the third-party complaint on the newly named third-party defendant on or before May 6, 2016.

DATED: April 25, 2016

    Hon. William H. Orrick
    United States District Judge

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    4