1 | Craig S. Miller (State Bar No. No. 139682)
  | William S. Weisberg (State Bar No. 146284)
2 | WEISBERG & MILLER
  | 654 Sacramento Street, Third Floor
3 | San Francisco, California 94111

4 | Telephone:  (415) 296-7070
  | Facsimile:   (415) 296-7060

5 |
  | Attorneys for Plaintiffs Sven Hemmert
6 | And Sue-Ellen Speight.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SVEN HEMMERT et al., | ) CASE NO. 15-4904 WHO |
| Plaintiffs, | ) **NOTICE OF ERATA REGARDING STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR UNITED STATES OF AMERICA TO RESPOND TO FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE DATE FILED IN ERROR ON MAY 25, 2016** ~~[PROPOSED]~~ **ORDER IN SUPPORT OF NOTICE** |
| v. | |
| DAVID FINN et al., | |
| Defendants. | |

_____   Hon. William H. Orrick

PLEASE TAKE NOTICE that the Stipulation and Order attached hereto as Exhibit A was filed in error. The Honorable Orrick signed the Order and we ask that the Order be stricken from the record.

Dated: May 27, 2016                WEISBERG & MILLER


                                   /s/ William S. Weisberg
                            By: _____
                                   Craig S. Miller
                                   William S. Weisberg
                                Attorneys for Plaintiffs,
                                SVEN HEMMERT and SUE-ELLEN SPEIGHT

///

NOTICE OF ERRATA RE STIPULATION AND [PROPOSED] ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    1

**IT IS SO ORDERED**.

The Stipulation filed on May 24, 2016 has been stricken from the record.

DATED: May 27, 2016

_____
Hon. William H. Orrick
United States District Judge

NOTICE OF ERRATA RE STIPULATION AND [PROPOSED] ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.*, 15-4904 WHO     2