BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
E-mail: michael.t.pyle@usdoj.gov

Attorney for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN HEMMERT et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID FINN et al.,<br><br>　　　　　　　Defendants. | CASE NO. 15-4904 WHO<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS FILED BY THE UNITED STATES OF AMERICA<br><br>Hon. William H. Orrick |

## RECITAL

Whereas Plaintiffs Sven Hemmert and Sue-Ellen Speight (collectively, "Plaintiffs") filed their First Amended Complaint on December 14, 2015 against the United States of America ("the United States") and the David and Amy Finn (collectively, "Finn Defendants");

Whereas the Court previously approved the parties' stipulation to Continue the Deadline for Responses to First Amended Complaint and Case Management Conference in Light of Agreement to Mediate Case in Docket No. 23 and approved another stipulation in Docket No.33;

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v.  Finn, et al.,* 15-4904 WHO    1

1  Whereas the Court previously approved the stipulation submitted on behalf of the United States
2  and Plaintiffs to continue the Set Briefing and Hearing Schedule on Federal Defendant's Motion to
3  Dismiss and To Continue Case Management Conference Date (Docket No. 43)

4  Whereas discussions about resolving this matter has involved discussions of various plans that
5  require input from expert consultants and others that is time consuming;

6  Whereas the United States and Plaintiffs have reached agreement in principle to settle this matter
7  as between them;

8  Whereas a draft of a settlement agreement between Plaintiffs and the United States is currently
9  being circulated and finalized and Plaintiffs and the United States desire to memorialize the resolution of
10 some or all of the claims in this case rather than engaging in motion practice at this time;

11 Whereas the Plaintiffs' opposition to the United States of America's motion to dismiss is
12 currently due on September 30, 2016 and both the United States and Plaintiffs expect resolution between
13 them is likely to occur and be memorialized soon, the United States and Plaintiffs agreed and request of
14 this Court that that the Plaintiffs' deadline to file an opposition to United States Motion to Dismiss be
15 extended until October 13, 2016 to allow for the finalization of Settlement documents; and

16 Whereas the dates for the reply brief for the United States (October 21, 2016) and hearing date
17 November 16, 2016) shall remain in place in case settlement is not able to be reached.

## **STIPULATION**

19 IT IS HEREBY STIPULATED by and between the parties hereto through their respective
20 attorneys of record that the Plaintiffs shall have until October 13, 2016 to file its opposition to the
21 United States' Motion to Dismiss

22 **IT IS SO STIPULATED**,

23 Dated: September 29, 2016                WEISBERG & MILLER

25                                                              /s/ William S. Weisberg
                                                    By: _____
26                                                      Craig S. Miller
                                                        William S. Weisberg
27                                              Attorneys for Plaintiffs,
                                                SVEN HEMMERT and SUE-ELLEN SPEIGHT
28

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    2

Dated: September 29, 2016

BRIAN J. STRETCH
United States Attorney

By: /s/ Michael T. Pyle***

MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant United States of America

*** I have been authorized to place electronic signatures on this document for other counsel and to file this document.

**PURUSANT TO STIPULATION, IT IS SO ORDERED**.

The Plaintiffs shall have until October 13, 2016 to respond to the United States' Motion to Dismiss.

DATED: September 30, 2016

Hon. William H. Orrick
United States District Judge

STIPULATION AND ORDER CONTINUING DATES
*Hemmert et. al. v. Finn, et al.,* 15-4904 WHO    3