Craig S. Miller (State Bar No. 139682)
William S. Weisberg (State Bar No. 146284)
WEISBERG & MILLER
654 Sacramento Street, Third Floor
San Francisco, California 94111

Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Plaintiffs Sven Hemmert
AND Sue-Ellen Speight.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN HEMMERT et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DAVID FINN et al.,<br><br>　　　　　　　Defendants. | CASE NO. 15-4904 WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO REMAND CASE BACK TO CALIFORNIA SUPERIOR COURT<br><br>Hon. William H. Orrick |

**RECITAL**

Whereas this case was initially filed in Superior Court of California, County of Marin on September 15, 2015;

Whereas this case was removed to United States District Court, Northern District of California on April 29, 2016;

Whereas the Plaintiffs and National Park Services ("NPS") and Golden Gate National Recreation Area ("GGNRA") reached a settlement agreement dismissing both Defendants NPS and GGNRA;

Whereas this Court no longer retains jurisdiction over the matter given the above.

In full consideration and exchange, the parties agree and stipulate as follows:

STIPULATION AND [PROPOSED] ORDER REMANDING CASE
*Hemmert et. al. v. Finn, et al.*, 15-4904 WHO    1

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that this case is hereby remanded to Superior Court of California, County of Marin where the lawsuit originated.

**IT IS SO STIPULATED,**

Dated: October 18, 2016

WEISBERG & MILLER

By: _____
Craig S. Miller
William S. Weisberg
Attorneys for Plaintiffs,
SVEN HEMMERT and SUE-ELLEN SPEIGHT

Dated: October 18, 2016

Law Offices of John A. Biard
Attorneys for Defendants

By: _____
David J. DeMordaunt
Attorneys for Defendants
DAVID FINN and AMY FINN

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

The case is hereby remanded back to Superior Court of California, County of Marin.

DATED: October 21, 2016

_____
Hon. William H. Orrick
United States District Judge

STIPULATION AND [PROPOSED] ORDER REMANDING CASE
*Hemmert et. al. v. Finn, et al.*, 15-4904 WHO    2